```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )   Case No. 09 CR 383
     -vs-                      )
                               )   Chicago, Illinois
ALFREDO VASQUEZ-HERNANDEZ and  )   September 12, 2013
TOMAS AREVALO-RENTERIA,        )   11:03 a.m.
                               )
               Defendants.     )


                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE RUBEN CASTILLO

APPEARANCES:

For the Government:     HON. GARY S. SHAPIRO
                        UNITED STATES ATTORNEY
                        BY:  MR. THOMAS D. SHAKESHAFT
                        219 S. Dearborn Street
                        Chicago, IL  60604
                        (312) 353-5300
                        E-mail: Thomas.shakeshaft@usdoj.gov

For Defendant
Vasquez-Hernandez:      MR. ARTURO M. HERNANDEZ
                        Law Office of Arturo Hernandez
                        15 South 34th Street
                        San Jose, CA  95116
                        (408) 729-5785
                        E-mail: Artlawoff@aol.com



Court Reporter:

             KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                      Official Court Reporter
                    United States District Court
             219 South Dearborn Street, Suite 2524-A
                       Chicago, Illinois  60604
                      Telephone:  (312) 435-5569
                Kathleen_Fennell@ilnd.uscourts.gov
```

```
 1   APPEARANCES: (Continued)

 2   For the Defendant
     Vasquez-Hernandez:       MR. PAUL M. BRAYMAN
 3                            MS. LISA WOOD
                              727 South Dearborn Street
 4                            Suite 712
                              Chicago, IL  60605
 5                            (312) 427-9766
                              E-mail: Pmbrayman@rcn.com
 6
     For the Defendant
 7   Arevalo-Renteria:        MR. DAMON MATTHEW CHERONIS
                              Law Offices of Damon M. Cheronis
 8                            53 W. Jackson Boulevard
                              Suite 1750
 9                            Chicago, IL  60604
                              (312) 663-4644
10                            E-mail: Damoncheronis@yahoo.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| | 1 | (Proceedings heard in open court:) |
| | 2 | THE CLERK: 09 CR 383, United States versus Alfredo |
| | 3 | Vasquez-Hernandez and Tomas Arevalo-Renteria. |
| | 4 | THE COURT: Good morning. |
| 11:03:51 | 5 | MR. SHAKESHAFT: Good morning, your Honor. Tom |
| | 6 | Shakeshaft on behalf of the United States. |
| | 7 | MR. HERNANDEZ: Good morning, your Honor. Arturo |
| | 8 | Hernandez on behalf of Mr. Vasquez-Hernandez who's present in |
| | 9 | court to be assisted by the court interpreter. |
| 11:04:03 | 10 | THE COURT: Okay. |
| | 11 | MR. BRAYMAN: Good morning, Judge. Paul Brayman and |
| | 12 | Lisa Wood also on behalf of Mr. Vasquez. Good morning. |
| | 13 | THE COURT: Let's swear in our interpreter. |
| | 14 | MR. CHERONIS: Damon Cheronis on behalf of |
| 11:04:17 | 15 | Mr. Arevalo-Renteria. |
| | 16 | (Interpreter sworn.) |
| | 17 | THE COURT: Okay. We've already set a trial date in |
| | 18 | this case, and I know the defense has filed several motions. |
| | 19 | My intent would be to give the government some time to respond |
| 11:04:36 | 20 | in writing, Mr. Shakeshaft. |
| | 21 | MR. SHAKESHAFT: Your Honor, the motions that they |
| | 22 | filed, we did, in fact, respond. |
| | 23 | THE COURT: Okay. |
| | 24 | MR. SHAKESHAFT: I filed two responses. |
| 11:04:44 | 25 | THE COURT: Okay. |

|  |  |
|---|---|
| | 1    MR. SHAKESHAFT: When we were last before your Honor, |
| | 2    I had forgotten that we had actually responded to -- |
| | 3    THE COURT: Okay. So you want to stand on those |
| | 4    responses. |

11:04:50    5    MR. SHAKESHAFT: I do, and we've had numerous
6    conversations about those motions. They are -- they
7    originally were the motion for severance, which we agreed to.
8    THE COURT: Right.
9    MR. SHAKESHAFT: They're a motion for a Bill of
11:05:02    10    Particulars from Mr. Vasquez-Hernandez, which I understand
11    through counsel they're either prepared to withdraw or simply
12    have denied. We have walked through discovery, and I think
13    there's consensus.
14    THE COURT: Okay. Let's pause on that.
11:05:12    15    Are you willing to withdraw it?
16    MR. HERNANDEZ: Yes, your Honor. The only other item
17    that I needed to address the Court is the motion for severance
18    for Mr. Arevalo.
19    THE COURT: Okay.
11:05:21    20    MR. HERNANDEZ: I think the Court indicated at that
21    point was granting the motion -- was not granting the motion
22    without prejudice.
23    So if there's something new that we can file in the
24    near future, depending on what the --
11:05:35    25    THE COURT: So you want to renew that motion.

|  |  |
|---|---|
| 11:05:41 | |
| 11:05:52 | |
| 11:06:07 | |
| 11:06:18 | |
| 11:06:31 | |

1  MR. HERNANDEZ: Correct.
2  THE COURT: Okay.
3  MR. HERNANDEZ: We'll just reserve that.
4  THE COURT: Okay.
5  MR. SHAKESHAFT: We continue to oppose it for the
6  reasons that --
7  THE COURT: I understand. Until there's a renewed
8  motion, I'm not going to address that.
9  We will withdraw the motion for Bill of Particulars.
10 And what does that leave, a discovery dispute?
11 MR. SHAKESHAFT: It leaves the discovery issues that,
12 frankly, there are no disputes that are ripe for the Court's
13 determination. I understood both motions to frankly be sort
14 of boilerplate.
15 THE COURT: Right.
16 MR. SHAKESHAFT: And the government's response to
17 that is that we are well aware of our *Brady*, *Giglio* and other
18 obligations. As I described to counsel, there is, I think --
19 we have produced what I would estimate as 90 to 95% of the
20 discovery.
21 THE COURT: Okay.
22 MR. SHAKESHAFT: The remainder is some 3500 and
23 *Giglio* material, which I have pledged to get to counsel in the
24 event that we are rolling towards a trial date.
25 I am not going to ask your Honor for delayed

| | | |
|---|---|---|
| | 1 | discovery as we did previously.  What I have proposed to |
| | 2 | counsel is December 6th as a date for -- the trial date is |
| | 3 | January 21st -- for all of the usual pretrial filings. |
| | 4 | We have about an 85-page Santiago proffer already on |
| 11:06:47 | 5 | file which I would supplement, any 404(b), and a |
| | 6 | representation that by December 6th, if not earlier, I will |
| | 7 | produce all 3500 and *Giglio* material that is in the possession |
| | 8 | of the government. |
| | 9 | THE COURT:  Okay.  Are defense counsel satisfied with |
| 11:07:03 | 10 | the December 6th date? |
| | 11 | MR. HERNANDEZ:  Yes, your Honor, on behalf of |
| | 12 | Vasquez-Hernandez. |
| | 13 | MR. CHERONIS:  That's fine with Mr. Arevalo, your |
| | 14 | Honor. |
| 11:07:14 | 15 | MR. BRAYMAN:  Judge, can I just address one issue -- |
| | 16 | THE COURT:  Yes, Sure. |
| | 17 | MR. BRAYMAN:  -- as the trial date goes? |
| | 18 | THE COURT:  Absolutely. |
| | 19 | MR. BRAYMAN:  When the trial date was set in this |
| 11:07:20 | 20 | case of January 21st, I had a case pending before Judge Wilson |
| | 21 | in state court.  It's the NATO -- |
| | 22 | THE COURT:  Okay. |
| | 23 | MR. BRAYMAN:  -- terrorist charge.  And that was |
| | 24 | supposed to go to trial in September; but, in the meantime, |
| 11:07:31 | 25 | because of discovery problems, that trial date has been |

| | | |
|---|---|---|
| | 1 | switched to January 6th. |
| | 2 | THE COURT: Okay. |
| | 3 | MR. BRAYMAN: And when I was before Judge Wilson, I |
| | 4 | indicated that I was set on trial here for the 21st. And that |
| 11:07:44 | 5 | kind of fell on deaf ears, and he still kept January 6th in |
| | 6 | that case as the trial date. And that trial will probably |
| | 7 | last at least a month. |
| | 8 | So I don't know what to do to solve this problem. I |
| | 9 | guess I would ask if your Honor would consider changing this |
| 11:08:04 | 10 | trial date to a little bit longer so that I could do that |
| | 11 | trial and complete that trial before we go to trial on this |
| | 12 | case. |
| | 13 | THE COURT: So the answer is I will consider it, but |
| | 14 | I don't think I need to consider it just yet until we move a |
| 11:08:18 | 15 | little bit closer -- |
| | 16 | MR. BRAYMAN: Okay. |
| | 17 | THE COURT: -- to the trial date. So -- but it seems |
| | 18 | to me that I should do, unless you tell me that there is some |
| | 19 | pending dispute that I need to resolve for you, is just set |
| 11:08:36 | 20 | another status date and have you come back here, and we should |
| | 21 | talk again. And I think at that point, in fairness to you and |
| | 22 | your trial preparation, we can talk about what your situation |
| | 23 | is with the Judge Wilson case. |
| | 24 | So I would suggest maybe coming back here the first |
| 11:08:55 | 25 | week in November. |

1 MR. SHAKESHAFT: That is fine.
2 THE COURT: How about November 6th at 11:00 o'clock
3 again.
4 MR. SHAKESHAFT: That's fine with the government,
5 your Honor. We just ask that time be excluded.
6 THE COURT: Time will be excluded, given all the
7 issues that remain in this case and the ongoing work on both
8 sides to prepare for trial.
9 MR. CHERONIS: I'll be on trial that day, your Honor,
10 but I'll have somebody here.
11 THE COURT: Okay. That would be great.
12 MR. CHERONIS: I don't think there's going to be
13 anything --
14 THE COURT: I would appreciate that.
15 MR. SHAKESHAFT: Thank you, your Honor.
16 MR. HERNANDEZ: Thank you, your Honor.
17 THE COURT: Thank you very much.
18 (Which were all the proceedings heard.)
19 CERTIFICATE
20 I certify that the foregoing is a correct transcript from
21 the record of proceedings in the above-entitled matter.
22 */s/Kathleen M. Fennell*          *November 7, 2013*
23 _____     _____
   Kathleen M. Fennell                          Date
24 Official Court Reporter
25