```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
   UNITED STATES OF AMERICA,           )
 4                                     )
                      Plaintiff,       )
 5                                     )
   -vs-                                )
 6                                     ) Case No. 09 CR 383
                                       )
 7 ALFREDO VASQUEZ-HERNANDEZ and       ) Chicago, Illinois
   TOMAS AREVALO-RENTERIA,             ) November 20, 2013
 8                                     ) 10:27 a.m.
                      Defendants.      )
 9

10                      TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE RUBEN CASTILLO
11
   APPEARANCES:
12
   For the Government:    HON. ZACHARY T. FARDON
13                        United States Attorney
                          BY:  MR. THOMAS D. SHAKESHAFT
14                        219 S. Dearborn Street, Suite 500
                          Chicago, IL  60604
15                        (312) 353-5300
                          E-mail:  Thomas.shakeshaft@usdoj.gov
16
   For the Defendant
17 Vasquez-Hernandez:      MR. ARTURO M. HERNANDEZ
                          Law Office of Arturo Hernandez
18                        15 South 34th Street
                          San Jose, CA  95116
19                        (408) 729-5785
                          E-mail:  Artlawoff@aol.com
20

21 Court Reporter:

22          KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                     Official Court Reporter
23                 United States District Court
           219 South Dearborn Street, Suite 2524-A
24                  Chicago, Illinois  60604
                   Telephone:  (312) 435-5569
25              Kathleen_Fennell@ilnd.uscourts.gov
```

```
 1   APPEARANCES:   (Continued)

 2   For the Defendant
     Vasquez-Hernandez:       MR. PAUL M. BRAYMAN
 3                            MS. LISA WOOD
                              727 South Dearborn Street
 4                            Suite 712
                              Chicago, IL  60605
 5                            (312) 427-9766
                              E-mail:  Pmbrayman@rcn.com
 6
     For the Defendant
 7   Arevalo-Renteria:        MR. DAMON MATTHEW CHERONIS
                              Law Offices of Damon M. Cheronis
 8                            53 W. Jackson Boulevard
                              Suite 1750
 9                            Chicago, IL  60604
                              (312) 663-4644
10                            E-mail:  Damoncheronis@yahoo.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   (Proceedings heard in open court:)
2   THE CLERK:  09 CR 383, United States versus Alfredo
3   Vasquez-Hernandez and Tomas Arevalo-Renteria.
4   THE COURT:  Good morning.
5   MR. SHAKESHAFT:  Good morning, your Honor.  Tom
6   Shakeshaft on behalf of the United States.
7   MR. HERNANDEZ:  Good morning, your Honor.  Arturo
8   Hernandez on behalf of Mr. Vasquez-Hernandez he's on his way
9   into court to be assisted by the court interpreter.
10  MR. BRAYMAN:  Paul Brayman and Lisa Wood also on
11  behalf of Mr. Vasquez-Hernandez.  Good morning, your Honor.
12  THE COURT:  Good morning.
13  MR. CHERONIS:  Good morning, your Honor.  Damon
14  Cheronis on behalf of Mr. Arevalo-Renteria who's present.
15  THE COURT:  Okay.
16  THE INTERPRETER:  Good morning, your Honor.  Jose
17  Pina, P-i-n-a, Spanish interpreter.
18  THE COURT:  Okay.  Let's swear in our interpreter.
19  (Interpreter sworn.)
20  THE COURT:  Okay.  So I have before me now, not
21  surprisingly, an unopposed motion to continue the trial date
22  where Mr. Brayman has flushed out more of this conflict with
23  the case of People versus Brent Betterly.
24  I will tell you that after carefully considering it,
25  I will reluctantly move my trial date into February.  That's

1  the best that I can do.  So will you be free February 18th?
2        MR. BRAYMAN:  Judge, I'm in a case before Judge Tharp
3  that's supposed to start --
4        THE COURT:  See, let me just tell you this, if this
5  is going to be the problem, then we're going to hold the trial
6  date.  So those are going to be your choices because I'm not
7  going to play any other game with these defendants.
8        MR. HERNANDEZ:  Just for the record, your Honor,
9  could we have the end of February?  I am --
10        THE COURT:  Let me just tell you, this is not a movie
11  theater where you just come to whatever showing you want.
12  This is not the way it works here.
13        MR. HERNANDEZ:  Absolutely.
14        THE COURT:  So it's February 18th or it's January
15  21st.  Those are the options.  It's either A or B.
16        THE CLERK:  You have a new panel on the 24th.
17        THE COURT:  What?
18        THE CLERK:  You have a new panel on the 24th.
19        THE COURT:  I think we're going to get a special
20  panel for this group.
21        MR. HERNANDEZ:  The reason I was going to say, your
22  Honor, I had a personal reason, I had some medical issues that
23  I was tending to.  I advised the Court earlier in the
24  proceedings, and then --
25        THE COURT:  See, this is the road that I don't want

Case: 1:09-cr-00383 Document #: 260 Filed: 12/09/13 Page 5 of 16 PageID #:1523

5

1  to go down of as soon as you start moving dates, everybody's
2  got problems. That's a road that I cannot go down, gentlemen.
3      So I'm willing to accommodate this reluctantly, but
4  I'm easily going to be here January 21st and ready to go. So
5  do you want this continuance or do you not?
6      MR. BRAYMAN: Judge, if those are the two choices,
7  I'll take B.
8      MR. CHERONIS: Your Honor, I --
9      THE COURT: See?
10     MR. CHERONIS: Well, I didn't bring the motion. I
11 didn't have an objection to it. I do have a trial that is
12 starting before Judge Feinerman that was already continued
13 once. My client's out of custody, but it's a case that --
14     THE COURT: Well, we've got two defendants in custody
15 for how long?
16     MR. CHERONIS: No, I understand, your Honor. I'm not
17 quarreling with the Court. I understand your position. It's
18 just that I have a case -- I have a case that's going
19 March 3rd, and I don't know if Judge Feinerman would be
20 willing to move that case, but I don't think I can ask him
21 again.
22     THE COURT: You don't think we'd be done by then?
23     MR. CHERONIS: I don't know. I mean, if we would be
24 done, I think that if this case starts the 18th --
25     THE COURT: I think we'd be done.

1     MR. SHAKESHAFT: Your Honor, the only -- I'm happy
2  either time. The government will be ready to go.
3     I -- there is one beyond-just-scheduling-with-counsel
4  issue that I did want to bring to your Honor's attention,
5  which is that there is -- we anticipate, the government
6  anticipates calling a couple of additional witnesses who I
7  have -- principally with relation to Mr. Vasquez who I have
8  known about and generically informed counsel about since the
9  spring.
10     THE COURT: Okay.
11     MR. SHAKESHAFT: They are in other districts that I
12  do not control.
13     I have been informed -- and I have yet to be
14  authorized to disclose their identities or -- or information
15  that would go to -- that would allow them to be identified.
16     I expect that to come by the end of this month or in
17  early -- I was already prepared to ask your Honor for a
18  one-week extension. I set a self-imposed, having your Honor
19  set a December 6th deadline for the disclosure.
20     THE COURT: Right.
21     MR. SHAKESHAFT: These two witnesses go to just about
22  all of the filings, the 404(b), the supplemental Santiago
23  proffer. On top of the fact that I am not yet in possession
24  of -- they are in other districts controlled by other agents.
25     I think it's only a week, but I share your Honor's

1  desire to, when we do go to trial, make this as fair and
2  efficient as possible, and I don't want to be delaying
3  discovery any more than necessary.
4  　　　　　So I didn't oppose Mr. Brayman's motion on his -- on
5  the basis of his schedule.  I am a little -- I do see some
6  pretrial litigation coming, your Honor.  You were correct two
7  weeks ago saying there were no pending motions before you, but
8  we had set the December 6th deadline that will involve, I
9  don't yet know what the defendants' positions are, for
10  example, on the Santiago proffer if they have any objection to
11  that.
12  　　　　　There may be litigation over the 404(b), the
13  admissibility of that, and I expect there will be some
14  litigation over the substance and scope of cross-examination
15  of some of the government's witnesses.  It should come as no
16  great surprise that the organization that is involved here,
17  there's some baggage with the witnesses.
18  　　　　　I, we can -- we can go January 21st and the
19  government will be ready; but I'm trying to be fair to defense
20  counsel here over witnesses that I don't control.  So for
21  those reasons, I think if we can do February 18th, I think it
22  inures to everybody's benefit so we're not completely -- I'm
23  trying to be fair to the defense counsel here as well as your
24  Honor's schedule.
25  　　　　　So that's the only additional consideration that the

1  government would add substantively as to certain discovery
2  that the government may need another week to accommodate; and
3  if we kick the trial date by a month, I think that gets rid of
4  the issue.
5      THE COURT:  So if it's February 18th, that
6  automatically is going to kick the date, right?
7      MR. SHAKESHAFT:  Well, not -- I'm holding myself to
8  the December 6th deadline.  If I am allowed to --
9      THE COURT:  Okay.
10     MR. SHAKESHAFT:  I've told counsel, I will produce
11 discovery as soon as I have it available.
12     THE COURT:  Okay.
13     MR. SHAKESHAFT:  I'm not withholding it for any -- I
14 represent that both to the Court and to counsel.  This is
15 really an issue of --
16     THE COURT:  Okay.
17     MR. SHAKESHAFT:  -- the international
18 interjurisdictional aspect of it.
19     THE COURT:  Got it.
20     Well, I thought I was coming out here with good news
21 for you that I'm willing to continue the trial date.  It's
22 totally different than the position I took last time, but I'm
23 sensing, you know, a problem with February 18th.
24     MR. BRAYMAN:  Judge, I don't -- I guess if those are
25 the only two choices, I'm just asking you to consider, you

1 know, my being in private practice, I'm going to be on trial
2 in that NATO case starting January. It's probably going to
3 last a month.
4     THE COURT: Right.
5     MR. BRAYMAN: And to get ready for this case, you
6 know, by February 18th puts an enormous burden on me and to
7 try that case, which will probably last a month.
8     I just know other counsel in this case, you know, are
9 available, you know, April, and I would just ask your Honor to
10 at least give me some consideration for preparing for this
11 case, rather than just trying to do it at the last minute,
12 which really isn't fair to the defendant.
13     And, you know, I know -- I don't know what your
14 Honor's trial schedule is, but that would certainly be an
15 accommodation to me, not to have to be under that kind of
16 pressure to try a case all of January and probably going into
17 February and then have to get ready for this case.
18     THE COURT: Well, let me just peek at this. If I
19 started the trial on March 10th, is that going to pose
20 problems?
21     MR. BRAYMAN: Judge, any date that you go further out
22 poses less problems obviously, and if March 10th is an option,
23 I would certainly ask for that March 10th date if that's the
24 only option at this point.
25     MR. CHERONIS: If I could just interject, your Honor?

| | |
|---|---|
| 1 | THE COURT: Yes. |
| 2 | MR. CHERONIS: I'm trying to be as quiet as possible. |
| 3 | THE COURT: Right. |
| 4 | MR. CHERONIS: My only issue is I'm starting a jury |
| 5 | trial in front of Judge Feinerman. It's a public corruption |
| 6 | case with Mario Moreno and Ambrosio Medrano are the |
| 7 | co-defendants. I did speak with Mr. Stetler obviously prior |
| 8 | as to what the trial schedule would be. He thinks it's going |
| 9 | to be probably over a week. I know that I plan on presenting. |
| 10 | THE COURT: That starts when? |
| 11 | MR. CHERONIS: We are picking the jury on Monday, |
| 12 | March 3rd, and I know I'm presenting a case, which I don't |
| 13 | always do, but I am presenting a case. We'll see how in-depth |
| 14 | it is. |
| 15 | And then I would find myself, and I understand the |
| 16 | Court's issues, but then I would find myself exactly in the |
| 17 | position Mr. Brayman's in, trying two pretty large |
| 18 | back-to-back trials. I'm also in private practice. So I just |
| 19 | want to raise that to the Court's attention. |
| 20 | And I don't know if Judge Feinerman would have an |
| 21 | issue even moving that again based on the fact that my |
| 22 | client's not in custody; but I would be, I think, in some hot |
| 23 | water to walk into the court and try to seek another |
| 24 | continuance before Judge Feinerman. I'm just bringing to your |
| 25 | attention, your Honor. |

Case: 1:09-cr-00383 Document #: 260 Filed: 12/09/13 Page 11 of 16 PageID #:1529

11

1     MR. SHAKESHAFT: I'm cognizant of everybody's issues,
2 your Honor, and most of all your Honor's schedule. If the
3 defense counsel were asking for a summer or a fall trial date,
4 I would object because I am cognizant --
5     THE COURT: That's a nonstarter.
6     MR. SHAKESHAFT: Yeah, understood, understood.
7     THE COURT: Totally a nonstarter, so you're setting
8 up a false argument.
9     MR. SHAKESHAFT: I'm not trying --
10     THE COURT: Okay?
11     MR. SHAKESHAFT: -- at this point --
12     THE COURT: The best I can do to accommodate all the
13 concerns -- I think, you know, I'm jammed in with these trial
14 dates, so we'll go with February 17th. That's all I can do.
15 Either way, somebody's going to lose.
16     MR. HERNANDEZ: I thought the Court mentioned March.
17 If we could have March, it would be appreciated, your Honor.
18     THE COURT: Yeah, it would be appreciated, but not
19 for Mr. Cheronis who's got this other trial. That's the
20 problem. So I'm trying to navigate these waters, which all
21 started by an unopposed motion that I'm willing to grant
22 because I'm more than happy to just stick to January 21st.
23     But I think given all the considerations, I don't
24 think it's unfair to proceed on February 17th, so that's what
25 we're going to do.

1       MR. SHAKESHAFT:  Your Honor, if I may indulge the
2   Court simply for a one-week extension to -- from December 6th
3   to December 13th.
4       THE COURT:  Okay.
5       MR. SHAKESHAFT:  I would phrase it this way, for the
6   initial production of if I do run into an issue that there --
7   I can't -- I don't want to do a Santiago proffer piecemeal.
8   There's an 80-page one that already is.
9       THE COURT:  Okay.
10      MR. SHAKESHAFT:  So I will -- I will file everything
11  before December 13th unless I've not been authorized to do so,
12  in which case would it be acceptable to your Honor if I need,
13  for example, one more week in light of just to get an agreed
14  motion and put it on file to take it to the 20th?  I don't
15  want to go into next year in terms of producing this stuff.
16      THE COURT:  Well, I'm not going to prejudge that, but
17  at this point, there's no pending motions in this case.  Do
18  you understand that?
19      MR. SHAKESHAFT:  I -- there's none that are ripe for
20  your Honor's consideration.  They are -- but those, the
21  Santiago proffer is a motion.  It is a proffer which counsel
22  is entitled to object to.  There will be notice of the 404(b)
23  that will be coming, so --
24      THE COURT:  I think you're missing my point.  There
25  are no pending motions right now.  Is that the case or not?

1  MR. SHAKESHAFT: Well, there are the discovery
2 motions that we have held in abeyance, so there are
3 technically pending motions that are not ripe for your Honor.
4 So as a technical matter, there are pending motions.
5  I would suggest to your Honor that also for
6 continuity of counsel, but there are technically pending
7 motions. So for speedy trial purposes, I would just -- I
8 would ask that at least that time be excluded through the 6th
9 when there will be additional things filed that are pending.
10  THE COURT: Is there any objection to time being
11 excluded until December 6th?
12  MR. CHERONIS: There is not, your Honor.
13  MR. HERNANDEZ: No objection.
14  THE COURT: Okay. I will exclude time to
15 December 6th. I'm going to set a status. I think we need
16 another status on December 11th to see what gets filed.
17  THE CLERK: You'll be in New York.
18  THE COURT: Okay. We'll make it December 12th. What
19 time are we available then?
20  THE CLERK: 10:00 o'clock in the morning.
21  THE COURT: Okay. There's no re-entry at that point
22 because that will be the 5th?
23  THE CLERK: The 5th.
24  THE COURT: Okay. December 12th at 10:00 a.m.
25  MR. SHAKESHAFT: And I'd just ask that time be

1 excluded through the 12th so that I can --
2 THE COURT: Time will be excluded till the 12th.
3 MR. CHERONIS: And, your Honor, the last thing I'd
4 like to ask for, if I could, or ask the government, I guess, I
5 believe Mr. Shakeshaft has mentioned this, but their expected
6 trial length because based on -- I believe the 17th is a court
7 holiday. If we pick --
8 THE COURT: Okay. We're going on the 18th.
9 MR. CHERONIS: Okay. I'm sorry. So that's a
10 Tuesday.
11 THE COURT: Right.
12 MR. CHERONIS: I know this case, I know how many
13 witnesses they're going to call, I know the cross-examination
14 of the two main witnesses are going to last a long time. It
15 appears that I'm going to have to file a motion to continue in
16 front of Judge Feinerman because I do not see this case,
17 respectfully, ending by March 3rd. I believe Mr. Shakeshaft
18 had told me at least once that it was potentially two to three
19 weeks of trial with two defendants.
20 THE COURT: I think that's a fair request.
21 MR. SHAKESHAFT: I -- I always -- I emphasized the
22 word "potential." I do think that a hefty part of this case
23 is going to be the length of the cross of certain of these
24 witnesses --
25 THE COURT: Okay.

Case: 1:09-cr-00383 Document #: 260 Filed: 12/09/13 Page 15 of 16 PageID #:1533

15

1          MR. SHAKESHAFT:  -- which I can never predict.  This
2  case will involve right now I would estimate between 8 and 10,
3  maybe 12 witnesses.  There are some -- there are recorded
4  calls, some of which are lengthy, but it is not a case that's
5  heavy on phone records and other kinds of things.
6          So two to three weeks with that leeway I think is
7  right, depending on, you know, if we go full trial days.
8  Would your Honor anticipate sitting on Fridays?
9          THE COURT:  Yes.  And, yes, I would anticipate full
10 trial days.
11         MR. SHAKESHAFT:  Then with luck, two weeks, giving
12 myself the out of leaking into a third and also --
13         THE COURT:  And that's the problem.
14         MR. CHERONIS:  I mean, it's a very considerable
15 problem for me, your Honor.  I prepare for all my cases
16 throughout the year.  I certainly don't wait, you know, until
17 the last minute, as none of my co-counsels do.
18         The case with Judge Feinerman is a complicated case.
19 I guess I'm just going to have to file a motion to continue if
20 this 18th is a firm date.  I don't know what else to do.  If
21 he denies that --
22         THE COURT:  Then you'll be back here.
23         MR. CHERONIS:  -- I'm going to be in some trouble.
24 Trouble I didn't ask for, I might add, your Honor, but trouble
25 nonetheless.

1   And I'll talk to the government regarding that and
2 probably have to order a transcript of this hearing, but, you
3 know, I guess that's where I stand.
4   But I don't see this case ending in two weeks, even
5 picking a jury in a case like this.
6   THE COURT:  Maybe we'll get more information at the
7 next status hearing.  That's all I can tell you.   I'm
8 sympathetic toward your situation, and we'll see what we can
9 do.
10   But I will exclude time until the 12th at 10:00 a.m.
11 Thank you.  The trial is continued to February 18th.
12   MR. SHAKESHAFT:  Thank you, your Honor.
13   THE COURT:  Thank you.
14   (Which were all the proceedings heard.)
15                           CERTIFICATE
16   I certify that the foregoing is a correct transcript from
17 the record of proceedings in the above-entitled matter.
18 */s/Kathleen M. Fennell*                *November 26, 2013*
19   
    Kathleen M. Fennell                        Date
20 Official Court Reporter
21
22
23
24
25